| | |
|---|---|
| 1 | David Enzminger (SBN: 137065) |
|  | denzminger@winston.com |
| 2 | Jenna Logoluso (SBN: 266685) |
|  | jlogoluso@winston.com |
| 3 | WINSTON & STRAWN LLP |
|  | 333 S. Grand Avenue |
| 4 | Los Angeles, CA 90071-1543 |
|  | Telephone:   (213) 615-1700 |
| 5 | Facsimile:    (213) 615-1750 |
| 6 | Attorneys for Defendant |
|  | BELKIN INTERNATIONAL, INC. |
| 7 | |
| 8 | YOUNG & THOMPSON |
|  | Jeffrey M. Goehring, 233002 |
| 9 | jgoehring@young-thompson.com |
|  | Douglas V. Rigler |
| 10 | drigler@young-thompson.com |
|  | Jeffrey R. Snay |
| 11 | jsnay@young-thompson.com |
|  | 209 Madison Street, Suite 500 |
| 12 | Alexandria, Virginia 22314 |
|  | Telephone: (703) 521-2297 |
| 13 | Facsimile: (703) 685-0573 |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| AWOX, S.A., | ) | Case No. 5:11-CV-06375 LHK |
|  | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
|  | ) | |
| v. | ) | |
|  | ) | |
| BELKIN INTERNATIONAL, INC., | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

1

# [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference be continued until April 18, 2012 at 2:00 p.m.

DATED: \_\_\_\_\_March 2\_\_\_\_\_, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543