1  David Enzminger (SBN: 137065)
   denzminger@winston.com
2  Jenna Logoluso (SBN: 266685)
   jlogoluso@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone:   (213) 615-1700
5  Facsimile:   (213) 615-1750

6  Attorneys for Defendant
   BELKIN INTERNATIONAL, INC.
7

8  YOUNG & THOMPSON
   Jeffrey M. Goehring, 233002
9  jgoehring@young-thompson.com
   Douglas V. Rigler
10 drigler@young-thompson.com
   Jeffrey R. Snay
11 jsnay@young-thompson.com
   209 Madison Street, Suite 500
12 Alexandria, Virginia 22314
   Telephone: (703) 521-2297
13 Facsimile: (703) 685-0573

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| AWOX, S.A., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., <br><br> Defendant. | Case No. 5:11-CV-06375 LHK <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

1

**[PROPOSED] ORDER**

Having read the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference be continued until April 18, 2012 at 2:00 p.m.

DATED: _____March 2_____, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh