1  David Enzminger (SBN: 137065)
   denzminger@winston.com
2  Jenna Logoluso (SBN: 266685)
   jlogoluso@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
5  Facsimile:    (213) 615-1750

6  Attorneys for Defendant
   BELKIN INTERNATIONAL, INC.

7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12  AWOX, S.A.,                      ) Case No. 5:11-CV-06375 LHK
                                     )
13              Plaintiff,           ) [PROPOSED] ORDER GRANTING
                                     ) DEFENDANT'S WITHDRAWAL AND
14        v.                         ) SUBSTITUTION OF COUNSEL
                                     )
15  BELKIN INTERNATIONAL, INC.,      )
                                     )
16              Defendant.           )
                                     )
17                                   )

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1

[PROPOSED] ORDER GRANTING DEFENDANT'S WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 5:11-CV-06375 LHK

## [PROPOSED] ORDER

The foregoing withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____ March 6 , 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh