David Enzminger (SBN: 137065)
denzminger@winston.com
Jenna Logoluso (SBN: 266685)
jlogoluso@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendant
BELKIN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AWOX, S.A.,

   Plaintiff,

  v.

BELKIN INTERNATIONAL, INC.,

   Defendant.

Case No. 5:11-CV-06375 LHK

[PROPOSED] ORDER GRANTING DEFENDANT'S WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1

## [PROPOSED] ORDER

The foregoing withdrawal and substitution of counsel is approved and so ORDERED.

DATED: \_\_\_\_\_March 6\_\_\_\_, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh