IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AWOX, S.A.

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC.

    Defendant.

CASE NO. 5:11-CV-06375 LHK

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas V. Rigler, whose business address and telephone number is Young & Thompson, 209 Madison St., Ste 500, Alexandria, VA 22314, 703-521-2297

and who is an active member in good standing of the bar of Maryland having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing AWOX, S.A.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 16, 2012

*Lucy H. Koh*
United States District Judge
Lucy H. Koh