UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AWOX, S.A., | ) | Case No.: 11-CV-06375-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| Belkin International, Inc., | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown          Plaintiff Attorney: Douglas Rigler
Reporter:                                           Defendant Attorney: David Enzminger, Jenna Logoluso
Length of hearing:

A case management conference was held on April 18, 2012.

ADR: The parties were referred to a Magistrate Judge Settlement Conference with Magistrate Judge Grewal with a 90 day deadline.

CONSENT to proceed before a magistrate judge for all purposes.  The parties agreed to file, by April 19, 2012, consent to proceed before Magistrate Judge Howard Lloyd for all purposes.  An initial CMC before Judge Lloyd was set for April 24, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-06375-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER