**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AWOX, S.A., ) | Case No.: 11-CV-06375-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER REASSIGNING CASE TO A |
| BELKIN INTERNATIONAL, INC., ) | MAGISTRATE JUDGE |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Both parties have filed consents to proceed before a magistrate judge for all purposes. Accordingly, this case is hereby reassigned to the Honorable Howard Lloyd for any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: April 20, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-06375-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE