*E-FILED: May 16, 2013*

| | |
|---|---|
| 1 | YOUNG & THOMPSON |
| | Jeffrey M. Goehring, 233002 |
| 2 | jgoehring@young-thompson.com |
| | Douglas V. Rigler (pro hac vice) |
| 3 | drigler@young-thompson.com |
| | 209 Madison Street, Suite 500 |
| 4 | Alexandria, Virginia 22314 |
| | Telephone: (703) 521-2297 |
| 5 | Facsimile: (703) 685-0573 |

*Attorneys for Plaintiff,*
*AwoX, S.A.*

David P. Enzminger (SBN: 137065)
denzminger@winston.com
Jenna Logoluso (SBN: 266685)
jlogoluso@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendant*
*Belkin International, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AWOX, S.A., | Case No. 5:11-cv-06375 (HRL) |
| Plaintiff, | **STIPULATION OF** |
| v. | **VOLUNTARY DISMISSAL PURSUANT** |
| BELKIN INTERNATIONAL, INC., | **TO SETTLEMENT; and PROPOSED** |
| Defendant. | **ORDER** |

Having entered into a Settlement Agreement resolving the dispute that is the subject of this action, and pursuant to Fed. R. Civ. P. 41(a), Plaintiff AwoX, S.A. and Defendant Belkin International, Inc., which are the only parties that have appeared in this action, jointly stipulate to dismiss of all claims in this action with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by signature of the parties' undersigned counsel, to dismissal of all claims in this action with prejudice, each party to bear its owns costs and expenses.

Dated:  May 16, 2013

By: /s/ Douglas V. Rigler
Douglas V. Rigler
Jeffrey M. Goehring
Attorneys for Plaintiff
YOUNG & THOMPSON
AWOX, S.A.

Dated:  May 16, 2013

By: /s/ David P. Enzminger
David P. Enzminger
Jenna W. Logoluso
Attorneys for Defendant
WINSTON & STRAWN LLP
BELKIN INTERNATIONAL, INC.

**IT IS SO ORDERED.**

**Dated**  May 16, 2013

**HON. HOWARD R. LLOYD**

**United States Magistrate Judge**